

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MACEY E. TURELY, Jr., CDCR #BF-8128,<br><br>                              Plaintiff,<br><br>v.<br><br>LAQUNAS, ASU Floor Staff Correctional Officer,<br><br>                              Defendant. | Case No.: 23cv0231-LL-BLM<br><br>**ORDER ADOPTING REPORT AND RECOMMEDNATION [ECF No. 25] AND GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT [ECF No. 22]** |

Pending before the Court is Magistrate Judge Barbara L. Major's Report and Recommendation ("R&R"), which recommends granting Defendant's Motion for Summary Judgment. ECF Nos. 22, 25.

Federal Rule of Civil Procedure 72(b) and 28 U.S.C. § 636(b)(1) set forth a district court's duties in connection with a magistrate judge's report and recommendation. The district court must "make a de novo determination of those portions of the report" to which "objection is made," and "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1)(C); *see also United States. v. Raddatz*, 447 U.S. 667, 673–76 (1980); *United States v. Remsing*, 874 F.2d 614, 617 (9th Cir. 1989). However, in the absence of timely objection, the Court "need

only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation." Fed. R. Civ. P. 72(b), Notes of Advisory Committee on Rules—1983 (citing *Campbell v. United States Dist. Court*, 501 F.2d 196, 206) (9th Cir. 1974)); *see also United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) ("[T]he district judge must review the magistrate judge's findings and recommendations de novo *if objection is made*, but not otherwise.").

Here, neither party has timely filed objections to Magistrate Judge Major's R&R. *See* ECF No. 25, at 14 (objections due by November 12, 2024). Having reviewed the R&R, the Court finds that it is thorough, well-reasoned, and contains no clear error.

Accordingly, the Court **ADOPTS** Magistrate Judge Major's R&R[1] and **GRANTS** Defendant's Motion for Summary Judgment. This Order concludes the litigation in this matter. The Clerk shall close the case.

**IT IS SO ORDERED**.

Dated: November 20, 2024

_____
Honorable Linda Lopez
United States District Judge

---

[1] The Court already "DISMISS[ED] Plaintiff's Eighth Amendment medical care claim regarding his stomach pain against Defendant Laqunas sua sponte for failing to state a claim upon which relief may be granted pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) and § 1915A(b)(1)." ECF No. 3, at 10. Instead of amending his complaint, Plaintiff chose to "proceed with his Eighth Amendment claim regarding his suicide attempt against Defendant Laqunas only," which was the subject of Defendant's Motion for Summary Judgment. *See id.*; ECF No. 22; ECF No. 25, at 13–14. Thus, although Magistrate Judge Major correctly notes that this Court did not reiterate the dismissal of the stomach-pain claim against Defendant Laqunas in a subsequent order reiterating the dismissal of all claims against all other defendants, it has remained dismissed and requires no re-dismissal. *See* ECF No. 3, at 10; ECF No. 5, at 2; ECF No. 25, at 13–14.